JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| B.R.L., | Case No. 2:20-cv-09128-SHK |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order.

DATED: 07/28/2022

_____
HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge